**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **BRAYAN ALEXANDER MUNETON CARMONA, A#25599311,** | § | |
| **Petitioner,** | § | **NO. SA-26-CV-4188-JKP** |
| **v.** | § | |
| **U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, ET AL.,** | § | |
| **Respondents.** | | |

## SHOW CAUSE ORDER

Before the Court is a purported 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus filed by *pro se* Petitioner Brayan Alexander Muneton Carmona, an immigration detainee. (ECF No. 1). Upon review, the Court's finds the Petition deficient. Accordingly, Petitioner is ordered to show cause why this matter should not be dismissed by filing an amended petition that includes the information described below.

The Petition contains no viable grounds for habeas relief and is mostly blank. *Id.* Petitioner has also supplemented the record with additional information (ECF No. 2), but these additional assertions and evidence do not provide sufficient constitutional or other federal ground for habeas relief. Additionally, the Petition lacks necessary factual information.

Petitioner bears the burden of proving he is "in custody in violation of the Constitution or law or treaties of the United States." *Villanueva v. Tate*, 801 F. Supp.3d 689, 696 (S.D. Tex. 2025) (quoting 28 U.S.C. § 2241(c)(3)). Petitioner has not carried his burden, **failing to include grounds alleging or showing he is in custody in violation of the Constitution or federal law that are supported by relevant factual information**. (ECF No. 1). Accordingly, the Court finds the

Petition deficient. **Petitioner must file an amended petition stating grounds for relief showing he is in custody in violation of the Constitution or federal law.** The stated grounds must be supported by sufficient underlying facts, including: (1) the date and circumstances of Petitioner's initial entry into the United States; (2) whether upon entry he was detained; (3) the circumstances of any prior release by immigration authorities, for example, paroled, order of supervision, etc.; (4) whether he has been compliant with the terms of any prior release; (5) the date and circumstances of his re–detention by immigration authorities; and (6) details of all criminal history. Any amended petition must be signed and dated. The Clerk of Court will provide Petitioner with a § 2241 form along with this Order.

**IT IS THEREFORE ORDERED** that **on or before August 7, 2026,** *pro se* Petitioner Brayan Alexander Muneton Carmona must show cause why this matter should not be dismissed by filing an amended petition that includes allegations showing he is in custody in violation of the Constitution or law of the United States, and the following factual information: (1) the date and circumstances of Petitioner's initial entry into the United States; (2) whether upon entry he was detained; (3) the circumstances of any prior release by immigration authorities, for example, paroled, order of supervision, etc.; (4) whether he has been compliant with the terms of any prior release; (5) the date and circumstances of his re–detention by immigration authorities; and (6) details of all criminal history.

**If *pro se* Petitioner Brayan Alexander Muneton Carmona fails to respond to this Show Cause Order by filing an amended petition with the required information, the Petition may be dismissed without prejudice by this Court without further notice for want or prosecution and failure to comply with this Court's Order. *See* FED. R. CIV. P. 41(b).**

The Clerk of Court is directed to provide Petitioner with a § 2241 immigration habeas form.

It is so **ORDERED**.

SIGNED this 7th day of July, 2026.

JASON PULLIAM
UNITED STATES DISTRICT JUDGE